UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Case No.

Debtor(s).

**SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION,
LISTS, SCHEDULES AND STATEMENTS**

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☐ Schedule A/B
   ☐ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☐ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

| | Fill in this information to identify your case: | | | |
|---|---|---|---|---|
| Debtor 1 | **Richard William Sobieck** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA | | | |
| Case number (if known) | 13-50092 | | | |

☑ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information  12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................ $ <u>**$16,823.00**</u>
                                                                                                                                  **2,930.00**

   1b. Copy line 62, Total personal property, from Schedule A/B................................................................ $ **24,654.33**

   1c. Copy line 63, Total of all property on Schedule A/B......................................................................... <u>**$41,477.33**</u>
                                                                                                                                $ **27,584.33**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ **137,337.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................ $ **6,741.96**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ **76,325.38**

   **Your total liabilities** $ **220,404.34**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................................. $ **2,537.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*................................................................... $ **2,889.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**
   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Richard William Sobieck**        Case number *(if known)*   **13-50092**

☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

     $    **4,937.42**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 6,741.96 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 6,741.96 |

| | |
|---|---|
| **Fill in this information to identify your case:** | |
| Debtor 1 | **Richard William Sobieck** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known) | **13-50092** |

☑ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Timeshare at Causeway on Gull**<br>Line from *Schedule A/B*: **1.1** | $2,930.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **421 Aspen Street North Royalton, MN 56373 Morrison County Real Property Legally Described as: LEGAL DESCRIPTION See Attached Exhibt A. 1/5 Remainder interest. Life tenant was 91 years old in 2013. He passed away on November 17, 2020.**<br>Line from *Schedule A/B*: **1.2** | $13,893.00 | ☐ $13,893.00<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5)<br><br><br>11 U.S.C. § 522(d)(1) |
| **2001 Chevy Suburban(190,000 miles)**<br>Line from *Schedule A/B*: **3.1** | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2001 Kawaski 4-Wheeler (Does not run)**<br>Line from *Schedule A/B*: **3.2** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **1984 Spectum Boat/85 HP Motor/Trailer**<br>Line from *Schedule A/B*: **4.1** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | Richard William Sobieck | | Case number (if known) | 13-50092 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Household Goods, Furnishings, Electronics, Major and Minor Appliances**<br>Line from *Schedule A/B*: **6.1** | $1,000.00 | ✓ | $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Books, CD's, DVD's, and Pictures**<br>Line from *Schedule A/B*: **8.1** | $50.00 | ✓ | $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Fishing and Hunting Equipment**<br>Line from *Schedule A/B*: **9.1** | $100.00 | ✓ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ✓ | $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wedding Ring**<br>Line from *Schedule A/B*: **12.1** | $30.00 | ✓ | $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account at Pine Country Bank**<br>Line from *Schedule A/B*: **17.1** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings Account at Pine Country Bank**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Savings Account at Mid MN FCU**<br>Line from *Schedule A/B*: **17.3** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking Account at Mid MN FCU**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Health Savings Account at Wells Fargo**<br>Line from *Schedule A/B*: **17.5** | $0.00 | ✓ | $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **401K (Loan against $14,658.85)**<br>Line from *Schedule A/B*: **21.1** | $18,774.33 | ✓ | $18,774.33<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |

| Debtor 1 | Richard William Sobieck | | Case number (if known) | 13-50092 |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Pension**<br>Line from *Schedule A/B*: **21.2** | Unknown | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(E) |
| **Rental Security Deposit**<br>Line from *Schedule A/B*: **22.1** | $400.00 | ☑ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Term Life Insurance (Face Value $16,000)(No Cash Value)**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(7) |
| **Wages Owed**<br>Line from *Schedule A/B*: **38.1** | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Hand and Power Tools**<br>Line from *Schedule A/B*: **53.1** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

TRANSFER ENTERED THIS
___ DAY OF December 2020
[signature]
COUNTY AUDITOR-TREASURER

Doc. # 574441

OFFICE OF COUNTY RECORDER
MORRISON COUNTY, MINNESOTA

Fee: $46.00
Pages: 3

Certified, filed and/or Recorded on: December 11, 2020 4:00 PM

Eileen Holtberg, Morrison County Recorder

Well Certificate [ ] Received
Received from: ROSENMEIER LAW OFFICE
Returned To: ROSENMEIER LAW OFFICE
210 2ND ST NE
LITTLE FALLS, MN 56345

(reserved for recording data)

EXHIBIT A

## AFFIDAVIT OF IDENTITY AND SURVIVORSHIP

<u>Ione Mary Sobieck, aka Ione M. Sobieck</u>
Decedent

STATE OF MINNESOTA } ss.
COUNTY OF MORRISON

I, Georgia Ann Dinndorf-Hogenson, state:

1. I reside at 9830 Golden Spike Road NE, Foley, MN 56329.

2. The Decedent is the person named in the certified copy of Certificate of Death attached to this affidavit.

3. The name of the survivor owners are: George Albert Sobieck, also known as George A. Sobieck, a life estate; with remainder interest to Thomas G. Sobieck, Gerald J. Sobieck, Mary C. Sobieck, Richard W. Sobieck, and Georgia Ann Dinndorf-Hogenson, formerly Georgia Ann Dinndorf.

At death, the Decedent was an owner as joint/life tenant of real property in <u>Morrison</u> County, Minnesota, legally described as follows:

Lots 29 and 30, Bradford's Addition to the City of Royalton,

as shown by an instrument recorded in Book 142 of Deeds, page 167 and as Document No. 389021 on file in the office of the Recorder of Morrison County, Minnesota.

Dated: 12-11-2020

[signature]
Affiant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                         Case No. **13-50092**
**Richard William Sobieck**

Debtor(s).

## SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 06/02/2021
*Georgia A. Dinndorf-Hogenson, Power of Attorney for Richard W. Sobieck*

X _____        X _____
Signature of Debtor1 or Authorized                  Signature of Debtor 2
Representative

**Richard William Sobieck**
Printed Name of Debtor 1 or                         Printed Name of Debtor 2
Authorized Representative

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Richard W. Sobieck | Bky. Case No. 13-50092 |
| | Chapter 7 |
| Debtor(s). | |

## UNSWORN CERTIFICATE OF SERVICE

    I, Samantha Googins, declare under penalty of perjury that on June 3, 2021 she caused to be served the Amended Schedule C via the CM/ECF system to those parties requesting electronic notification and upon all parties in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail.

June 3, 2021

                                                                          /e/ Samantha Googins
                                                                         Samantha Googins
                                                                          Kain & Scott, P.A.

Label Matrix for local noticing
0864-5
Case 13-50092
District of Minnesota
Duluth
Wed Apr 14 15:02:40 CDT 2021

Duluth
404 Gerald W. Heaney Federal Building
and U.S. Courthouse and Customhouse
515 West First Street
Duluth, MN 55802-1302

Business Revenue Syste
2419 Spy Run Ave Ste A
Fort Wayne IN 46805-3262

Causeway on Gull TSOA
Po Box 285
Pequot Lakes MN 56472-0285

Centra Care Health System
1200 Sixth Ave N
Saint Cloud MN 56303-2736

Collection Bureau Of Little Falls
Po Box 246
Little Falls MN 56345-0246

Comenity
PO Box 182125
Columbus OH 43218-2125

Comenity Bank/gndrmtmc
Po Box 182789
Columbus OH 43218-2789

Como Law Firm, P.A.
PO Box 130668
St. Paul, MN 55113-0006

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Encore
400 N Rogers RD
PO Box 3330
Olathe KS 66063-3330

Gemb/mills Fleet Farm
Attention: Bankruptcy
Po Box 103104
Roswell GA 30076-9104

IRS Centralized Insolvency
PO Box 7346
Philadelphia PA 19101-7346

MID MINNESOTA FEDERAL CREDIT UNION
PO BOX 2907
BAXTER MN 56425-6607

MN Dept of Revenue
Attn Denise Jones - Bankruptcy
PO Box 64447
Saint Paul MN 55164-0447

Marcella Sobieck
16105 Iris Rd
Little Falls MN 56345-6237

Marso Law Office
2103 Frontage Road N
Ste 25
Waite Park MN 56387-1869

Mid Minnesota Fcu
200 S 6th St
Brainerd MN 56401-3536

Nations Recovery Center
6491 Peachtree Industrial BLVD
Atlanta GA 30360-2100

Phoenix Mng
430 Oak Grove St
Minneapolis MN 55403-3253

Pine Country Bank
PO Box 528
Little Falls MN 56345-0528

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Spot Rehabilitation
2835 W. St. Germain St
#300
Saint Cloud, MN 56301-6281

St Cloud Hospital
1406 6th Ave N
Saint Cloud MN 56303-1901

St. Cloud Neurobehavioral Asso
PO BOX 230
Sartell, MN 56377-0230

State of Minnesota Department of Revenue
Collection Division Bankruptcy Section
PO Box 64447 - BKY
St Paul MN 55164-0447

The Affiliated Group
PO Box 7739
Rochester MN 55903-7739

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415-3070

Wells Fargo
Po Box 60510
Los Angeles CA 90060-0510

| Wells Fargo Bank, N.A. | Wells Fargo Card Ser | Wells Fargo Card Services |
|---|---|---|
| P.O. Box 10438 MAC X2505-036 | 1 Home Campus | 1 Home Campus 3rd Floor |
| Des Moines, Iowa 50306 | 3rd Floor | Des Moines, IA 50328-0001 |
| Telephone number 50306-0438 | Des Moines IA 50328-0001 | |

| Wells Fargo Hm Mortgag | J. Richard Stermer | Richard William Sobieck |
|---|---|---|
| Po Box 10335 | Stermer & Sellner, Chtd. | 421 Aspen Street North |
| Des Moines IA 50306-0335 | 102 Parkway Drive | PO Box 156 |
| | PO Box 514 | Royalton, MN 56373-0156 |
| | Montevideo, MN 56265-0514 | |

Wesley W. Scott
Kain & Scott P A
13 7th Ave South
St Cloud, MN 56301-4259


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


| Elan Financial Service | Portfolio Recovery Associates, LLC | (d)Portfolio Recovery Associates, LLC |
|---|---|---|
| 777 E Wisconsin Ave | c/o Mills Fleet | c/o Pine Country Bank |
| Milwaukee WI 53202 | POB 12914 | POB 12914 |
| | Norfolk VA 23541 | Norfolk VA 23541 |


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Tom Pueringer

End of Label Matrix
Mailable recipients   36
Bypassed recipients    1
Total                 37