UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Chapter 7

RICHARD WILLIAM SOBIECK,  BKY No. 13-50092 - RJK

Debtor.
_____

**NOTICE OF WITHDRAWAL OF MOTION**
_____

TO: The United States Trustee, all creditors and other parties in interest.

On May 27, 2021, the Trustee filed a Motion Objecting to Debtor's claim of a 11 U.S.C. §522(d)(1) homestead exemption in real property located at 421 Aspen Street North, Royalton, MN 56373. See Docket No. 32. Debtor has now filed Amended Schedules changing his claim of exemption in the real property located at 421 Aspen Street North, Royalton, MN 56373, from 11 U.S.C. §522(d)(1) to 11 U.S.C. §522 (d)(5). Accordingly, Trustee hereby withdraws his Motion (Doc. No. 32) and requests that the hearing scheduled for June 21, 2021 be stricken from the Court calendar.

Dated: June 9, 2021    /e/ J. Richard Stermer
  J. Richard Stermer, Trustee
  102 Parkway Drive, P.O. Box 514
  Montevideo, MN 56265
  Phone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                       Chapter 7

RICHARD WILLIAM SOBIECK,                         BKY No. 13-50092

                Debtor.

---

## UNSWORN CERTIFICATE OF SERVICE

I, Jacquelyn K. Eggers, of the law office of J. Richard Stermer, attorney licensed to practice law in this Court, with office address of 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265, declare under penalty of perjury that on June 9, 2021, I served copies of the foregoing NOTICE OF WITHDRAWAL OF MOTION on each entity named below via CM/ECF:

Wesley W. Scott on behalf of Debtor                 US Trustee
wscott@kainscott.com                                       ustpregion12.mn.ecf@usdoj.gov

and by first class U.S. Mail on the Debtor:

Richard William Sobieck
421 Aspen Street North
Royalton, MN 56373

Executed on: June 9, 2021                               Signed: */e/ Jacquelyn K. Eggers*

                                                                             STERMER & SELLNER, CHTD.
                                                                             J. Richard Stermer,     ID # 216811
                                                                             P.O. Box 514
                                                                             Montevideo, MN 56265
                                                                              (320) 269-6491