# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Richard William Sobieck,

      Debtor.

BKY 13-50092
Chapter 7

# ORDER

This case is before the court on the motion of United States Trustee's objection to amended schedules and exemptions. Based on the objection and the file,

**IT IS ORDERED**:

United States Trustee's objection to amended schedules and exemptions is overruled.

Dated: June 21, 2021

                                               /e/ Robert J. Kressel
                                      United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/21/2021*
Lori Vosejpka, Clerk, by AMM